*In re* LIZMARY LÓPEZ ÁLVAREZ.

*Número:* TS-18,465          *Resuelto:* 22 de febrero de 2016

Manuel E. Ávila de Jesús, director de la Oficina de Inspección de Noarías; *Lizmary López Álvarez, pro se.*

## RESOLUCIÓN

Evaluada la Moción Notificando Incumplimiento de Orden, presentada por la Oficina de Inspección de Notarías, *se ordena la suspensión inmediata e indefinida del ejercicio de la notaría de la Lcda. Lizmary López Álvarez. Se le impone, asdemás, una sanción de $250, los que deberá pagar mediante sellos de Rentas Internas de acuerdo con el Art. 62 de la Ley Notarial de Puerto Rico, 4 LPRA sec. 2102. El alguacil de este Tribunal procederá a incautarse de la obra y del sello notarial de la notaria suspendida, los que entregará al Director de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.*

*Publíquese y notifíquese personalmente.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*